UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Leland Foster, Individually**, | ) |
| Plaintiff, | ) Case No. 1:20-cv-469 |
| v. | ) |
| **PINE VALLEY ASSOCIATES LLC, KYB HOLDINGS, LLC, and RASHID, INC.,** | ) |
| Defendants. | ) |

## JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE

The parties, by counsel, respectfully move the Court to administratively close this case. The parties reached agreement on the terms of a settlement of this action. The agreement includes provisions for remedial modifications to the Defendant's property over the course of the next one year. At this time, the parties seek to administratively close this action and upon completion of all remediation pursuant to the terms of the agreement, either party (or both, jointly) will move to dismiss with prejudice.

WHEREFORE, the parties respectfully request that the Court administratively close the case.

Respectfully submitted,

| | |
|---|---|
| Law Offices of Owen Dunn, Jr. | Haller & Colvin, P.C. |
| /s/ Owen B, Dunn, Jr. | /s/ Jeffrey B. Harding |
| Owen B. Dunn Jr. (OH Bar #0074743) | Jeffrey B. Harding (17362-71) |
| The Ottawa Hills Shopping Center | 444 East Main Street |
| 4334 W. Central Avenue, Suite 222 | Fort Wayne, IN 46802 |
| Toledo, OH  43615 | Tel: (260) 426-0444 |
| Phone:  (419) 241-9661 | Fax: (260) 422-0274 |
| Fax:     (419) 241-9737 | E-mail: jharding@hallercolvin.com |
| Email:  dunnlawoffice@sbcglobal.net | *Attorney for Defendant Pine Valley Associates LLC* |
| *Attorney for Plaintiff, Leland Foster* | |

1